

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0186

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0186

SHANE LOUIS BURD,

        Petitioner,

v.

STATE OF MONTANA, and
GAVIN ROSELLES, Powell County Sheriff,

        Respondents.

FILED

MAY 03 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Shane Louis Burd has petitioned for habeas corpus relief. Burd is currently housed in the Powell County Detention Center. We have amended the caption to include the Sheriff's name. Section 46-22-201(1)(c), MCA.

Burd contends he is not being treated fairly pursuant to the Equal Protection Clause of the U.S. Constitution. He explains that he was assaulted earlier this year in jail and that he is still waiting for a mental health evaluation, after a lapse of ninety days. He states he sought relief in the Powell County District Court, which denied his petition for habeas corpus relief. Burd offers he is being held in jail because he missed a court date. He adds that he has had no contact with his court-appointed attorney after several attempts, and argues he should be released on his own recognizance because he has not been charged with new offenses.

Although Burd has certain rights while in confinement, the scope of habeas corpus is narrow. The remedy of habeas corpus is not a vehicle to challenge a pending criminal proceeding or conditions of confinement. *See Gates v. Missoula Cnty. Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988) (habeas corpus "allows a prisoner to challenge the legal sufficiency of the *cause* for incarceration"). (Emphasis in original.)

Burd's constitutional claim concerning his treatment does not go to the cause of his incarceration, and cannot be remedied through a habeas petition.

We have obtained a register of actions regarding Burd's pending criminal matter from the Powell County District Court. In October 2019, Burd was charged with felony possession of a deadly weapon by a prisoner or youth in a facility. Burd's counsel filed an unopposed motion for commitment to the State Hospital for examination, which the District Court granted. The court held several status hearings during 2020. On February 12, 2021, the mental evaluation was filed, and on July 22, 2021, the court released Burd upon conditions. However, an arrest warrant was issued by the court in September 2021. On January 18, 2022, the court held a change of plea hearing, and ordered preparation of a pre-sentence investigation report along with a supplemental mental health evaluation.

Burd has not demonstrated illegal incarceration to warrant habeas corpus relief. Section 46-22-101(1), MCA. Burd is represented by counsel, has received an initial mental evaluation, and is detained because of his pending criminal case. Burd has the remedy of seeking a timely appeal of his conviction and sentence once the District Court issues a final judgment.

IT IS ORDERED that Burd's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Ray Dayton, Third Judicial District; Jill Paull, Clerk of District Court, Powell County, under Cause No. DC-2019-124; Gavin Roselles, Powell County Sheriff; Patrick Moody, Powell County Attorney; Joshua Demers, Defense Counsel; counsel of record, and Shane Louis Burd personally.

DATED this 3rd day of May, 2022.

_____
Chief Justice

2

_____

_____

_____

_____
Justices